IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| JONATHAN S. MILLER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 16 cv 9068 |
| ) | |
| NATIONAL RAILROAD PASSENGER ) | |
| CORPORATION, d/b/a AMTRAK, ) | |
| ) | |
| Defendant. ) | |

**STIPULATION TO DISMISS**

IT IS HEREBY STIPULATED AND AGREED by Plaintiff JONATHAN S. MILLER and Defendant NATIONAL RAILROAD PASSENGER CORPORATION, by and through their respective attorneys, Ridge & Downes, and Anderson, Rasor & Partners, LLP, that Plaintiff's Complaint in the above-captioned matter be dismissed with prejudice, each party to pay its own costs, all matters having been settled.

Dated: 08-28-2017

JONATHAN S. MILLER

By: _____
One of his attorneys

James T. Foley
Ridge & Downes
101 N. Wacker Drive, Suite 200
Chicago, Illinois 60606
(312) 372-8282

NATIONAL RAILROAD PASSENGER
CORPORATION

By: _____
One of its attorneys

Susan K. Laing
Christopher T. Scolire
Anderson, Rasor & Partners, LLP
100 South Wacker Drive, Suite 1000
Chicago, Illinois 60606
(312) 673-7800

## CERTIFICATE OF SERVICE

    The undersigned, a non-attorney, being first duly sworn on oath, deposes and states that she caused a true and correct copy of the foregoing **STIPULATION TO DISMISS** to be filed using the CM/ECF System, which will send notification of such filing to all counsel of record below on September 14, 2017.

> James T. Foley
> Ridge & Downes
> 101 N. Wacker Drive, Suite 200
> Chicago, IL 60606
> jfoley@ridgedownes.com

_____
Rose Collins

SUBSCRIBED and SWORN TO
before me on this 14th day of September, 2017.

_____
Notary Public

OFFICIAL SEAL
NANCY A BIBER
NOTARY PUBLIC, STATE OF ILLINOIS
My Commission Expires 01/09/2021

Susan K. Laing
Christopher T. Scolire
ANDERSON, RASOR & PARTNERS, LLP
100 S. Wacker Drive
Suite 1000
Chicago, IL 60606
(312) 673-7800
Susan.Laing@arandpartners.com
Christopher.Scolire@arandpartners.com